IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH COBBS | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY COURTHOUSE, ET AL. | : | NO. 10-5367 |

FILED DEC - 1 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### O R D E R

AND NOW, this 1st day of December, 2010, it is ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED pursuant to 28 U.S.C. § 1915(b);

2. The complaint is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2); and

3. This case shall be marked CLOSED.

BY THE COURT:

HARVEY BARTLE, III, CH. J.